UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>v.  )<br>  )<br>COSME RODRIGUEZ,  )<br>  )<br>           Defendant.  ) | CASE NUMBER: 2:11-cr-00097 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Cosme Rodriguez; Case 2:11-cr-00097 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __   Release on Personal Recognizance

      X   Bail Posted in the Sum of $150,000.00

Copy X X   ~~Unsecured~~ Appearance Bond in the amount of $150,000.00, co-signed by Maria Rodriguez and Angelica Ramirez, to be replaced by both real properties owned by Maria Rodriguez and Angelica Ramirez.

      X   (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 3/24/11 at 12:50 p.m.

By     **GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge