```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    COSME RODRIGUEZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,       ) No. 2:11-cr-00097 KJM
                                    )
12            Plaintiff,            )
                                    ) STIPULATION AND ORDER CONTINUING
13       v.                         ) CASE
                                    )
14  COSME RODRIGUEZ                 )
    MARIA HERNANDEZ,                ) Date:  April 7, 2011
15                                  ) Time:  10:00 a.m.
              Defendants.           ) Judge: Hon. Kimberly J. Mueller
16                                  )
    _____ )
17
```

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Mr. Rodriguez, and Dina Santos, Esq., counsel for Ms. Hernandez that the above case, be dropped from this court's April 7, 2011. calendar, at the request of the defense, and be continued until May 12, 2011, at 10:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between April 7, 2011, through and including May 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This Continuance is requested in order to permit defense counsel to meet and confer with their clients, to review discovery, to consider

pretrial investigation and motions, to preview potential sentencing issues and to advise the clients as to choices to how to proceed which will be facing them.

**IT IS SO STIPULATED.**

Dated:  April 5, 2011        /S/ Daniel McConkie
                             Daniel McConkie
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated:  April 5, 2011        /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             COSME RODRIGUEZ

Dated:  April 5, 2011        /S/ Dina Sazntos
                             Dina Santos
                             Counsel for Defendant
                             MARIA HERNANDEZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE