1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MARIA HERNANDEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) No. 2:11-cr-00097 KJM
12                                   )
             Plaintiff,              )
13                                   ) STIPULATION AND ORDER VACATING
       v.                            ) DATE, CONTINUING CASE, AND
14                                   ) EXCLUDING TIME
   MARIA HERNANDEZ,                  )
15 COSME RODRIGUEZ                   )
             Defendant.              ) Date   September 1, 2011
16                                   ) Time:  10:00 a.m.
   _____   ) Judge: Kimberly J. Mueller
17

18       **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Daniel McConkie, Counsel for Plaintiff, Attorney Dina L.

20 Santos, Counsel for Defendant Maria Hernandez; and Attorney Randall

21 Ensminger, Counsel for Cosme Rodriguez, that the status conference

22 scheduled for September 1, 20011 be vacated and the matter be continued

23 to this Court's criminal calendar on October 27, 2011, at 10:00 a.m.

24 for further status.

25      This continuance is requested by the defense in order to permit

26 counsel to conduct investigation, review discovery, and continue in

27 negotiations with the prosecution in attempt to finalize a plea

28 agreement.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 27, 2011, date, and that all Counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**


Dated: August 30, 2011                /S/ Dina L. Santos
                                      DINA L. SANTOS
                                      Attorney for
                                      Maria Hernandez

Dated: August 30, 2011                /S/ Randall Ensminger
                                      RANDALL ENSMINGER
                                      Attorney for
                                      Cosme Rodriguez

Dated: August 30, 2011                /S/ Daniel McConkie
                                      DANIEL MCCONKIE
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

2