1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MARIA HERNANDEZ
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) No. CR-S 11-0097 KJM
12                                  )
              Plaintiff,            )
13                                  ) STIPULATION AND ORDER VACATING
        v.                          ) DATE, CONTINUING CASE, AND
14                                  ) EXCLUDING TIME
   MARIA HERNANDEZ,                 )
15 COSME RODRIGUEZ                  )
              Defendant.            ) Date   Dec. 15, 2011
16                                  ) Time:  10:00 a.m.
   _____) Judge: Kimberly J. Mueller
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Daniel McConkie, Counsel for Plaintiff, Attorney Dina L.
20
   Santos, Counsel for Defendant Maria Hernandez; and Attorney Randall
21
   Ensminger, Counsel for Cosme Rodriguez, that the status conference
22
   scheduled for September 1, 20011 be vacated and the matter be continued
23
   to this Court's criminal calendar on Dec. 15, 2011, at 10:00 a.m. for
24
   further status and possible change of plea
25
        This continuance is requested by the defense in order to permit
26
   counsel to conduct investigation, review discovery, and continue in
27
   negotiations with the prosecution in attempt to finalize a plea
28

1 agreement. The Government has recently provided draft plea agreements
2 to both Defendant's, and both Counsel need time to review the drafts
3 with their respective clients and negotiate any changes.

5 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
7 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
8 ends of justice served in granting the continuance and allowing the
9 defendant further time to prepare outweigh the best interests of the
10 public and the defendant in a speedy trial.
11    The Court is advised that all counsel have conferred about this
12 request, that they have agreed to the December 15, 2011, date, and that
13 all Counsel have authorized Ms. Santos to sign this stipulation on
14 their behalf.

17 **IT IS SO STIPULATED.**

19 Dated: Oct. 22, 2011                /S/ Dina L. Santos
                                       DINA L. SANTOS
20                                     Attorney for
                                       Maria Hernandez
21
22 Dated: Oct. 22, 2011                /S/ Randall Ensminger
                                       RANDALL ENSMINGER
                                       Attorney for
23                                     Cosme Rodriguez

24 Dated: Oct. 22, 2011                /S/ Daniel McConkie
                                       DANIEL MCCONKIE
25                                     Assistant United States Attorney
                                       Attorney for Plaintiff

Stipulation and Order                  2

1 **O R D E R**

2 The court finds excludable time through December 15, 2011, based on
3 Local Code T4, giving counsel reasonable time to prepare, and finds that
4 the ends of justice served by excluding time outweigh the interest of the
5 public and the defendant in a speedy trial.

6 **IT IS SO ORDERED.**

7 Dated:  October 25, 2011.

_____
UNITED STATES DISTRICT JUDGE