**FILED**

FEB -3 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )   CASE NO. 2:11-CR-0097 KJM
                                             )
                    Plaintiff,               )   [PROPOSED] ORDER SEALING
                                             )   GOVERNMENT'S 5K SENTENCING LETTER
          v.                                 )
                                             )
COSME RODRIUGEZ,                             )
                                             )
                                             )
                                             )
                                             )
                    Defendant.               )
                                             )
_____)

        Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

Request to Seal, IT IS HEREBY ORDERED that the government's two-page sentencing letter pursuant

to U.S.S.G. § 5K1.1 on behalf of defendant Cosme RODRIGUEZ and the Government's Request to Seal

shall be SEALED until further order of this Court.

Dated: 2/3/16

_____
KIMBERLY J. MUELLER
United States District Judge