D. Randall Ensminger, SBN 202371
ENSMINGER LAW OFFICES, P.C.
424 Lincoln Blvd., Suite 201
Lincoln, CA 95648
Telephone: (916) 434-0220
Facsimile: (916) 434-2530
Attorney for Defendant Cosme Rodriguez

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-097  KJM |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (~~PROPOSED~~) |
| vs. | ) | ORDER TO EXONERATE SURETY |
| | ) | BOND LIEN ON REAL PROPERTY |
| COSME RODRIGUEZ, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      All of the terms and conditions have been met and Mr. Rodriquez voluntarily surrendered to the Bureau of Prisons on April 6, 2016.

2.      By this stipulation, Plaintiff and Defendant now move the court for an Exoneration Order.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      That the bond be exonerated and the Deed of Trust be reconveyed.

IT IS SO STIPULATED.

Dated:  April 27, 2016                          BENJAMIN B. WAGNER
                                                United States Attorney


                                                */s/ Jason Hitt*
                                                Jason Hitt
                                                Assistant United States Attorney

Dated:  April 27, 2016                          */s/ D. Randall Ensminger*
                                                D. Randall Ensminger
                                                Attorney for Defendant
                                                Cosme Rodriguez


                         **[PROPOSED] EXONERATION ORDER**


                                                      May
        IT IS SO FOUND AND ORDERED this  4th_ day of April, 2016.




                         EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE