UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:11-cr-00097-KJM |
| Plaintiff, | ORDER |
| v. | |
| Cosme Rodriguez, | |
| Defendant. | |

Defendant Cosme Rodriguez moves to stay this action pending his appeal of this court's order denying his motion to vacate his sentence under 18 U.S.C. § 2255. ECF No. 174. This action is **administratively stayed** until the motion to stay is resolved. Any opposition or statement of non-opposition **must be filed within seven days**.

IT IS SO ORDERED.

DATED: April 14, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1