UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:11-cr-00097-KJM |
| Plaintiff, | ORDER |
| v. | |
| Cosme Rodriguez, | |
| Defendant. | |

On July 25, 2025, the court issued a minute order directing the parties to file an updated joint status report no later than September 25, 2025 in light of the additional time defense counsel needed to review and consult further with immigration counsel. ECF No. 213. The parties have not yet filed the required report. The court thus directs them to file a further joint status report no later than **October 24, 2025** and cautions that the failure to comply with court orders and deadlines may lead to sanctions.

IT IS SO ORDERED.

DATED: October 15, 2025.

UNITED STATES DISTRICT JUDGE

1